United States District Court
Southern District of Texas
**ENTERED**
September 04, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:19-MJ-3390 |
| | § | |
| JULIO CESAR VALLEJOS-CRUZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The weight of the evidence is strong. The defendant is charged with illegally re-entering the United States after having been deported. The evidence presented indicates the defendant is an alien with no status to remain or enter the United States. The defendant has been deported on more than one occasion and persists in illegally re-entering the United States and committing law violations. The defendant has not presented any evidence he would be eligible to remain in the United States if released on bond. Additionally, the defendant has previously failed to appear for immigration proceedings. Further, the defendant's lack of compliance with immigration laws and his efforts to circumvent the Border Patrol checkpoint and evade law enforcement is a clear indication the defendant is unwilling to comply with conditions of release. The Defendant is ORDERED detained pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 4th day of September 2019.

_____
Jason B. Libby
United States Magistrate Judge